On petition for review filed August 21, 2001,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration January 25, 2002

STATE OF OREGON,
*Respondent on Review,*

*v.*

JOHN L. DOLAN,
*Petitioner on Review.*

(CC CR95-51184; CA A100590; SC S48782)

39 P3d 175

Robin A. Jones, Senior Deputy Public Defender, Salem, filed the petition for petitioner on review. With her on the petition was David E. Groom, Public Defender for Oregon.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fugate*, 332 Or 195, 26 P3d 802 (2001).

---

* Appeal from Polk County Circuit Court, William M. Horner, Judge. 158 Or App 139, 973 P2d 370 (1999).